IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON PHILLIPS                                                                                            PLAINTIFF

v.                                              NO. 4:11CV00776 JLH

OIL PATCH WATER & SEWER SERVICES, LLC;
and OIL PATCH RENTAL SERVICES, INC.                                                DEFENDANTS

## ORDER

The motion for admission to appear *pro hac vice* by Juliann H. Panagos and Michael D. Seale is GRANTED. Document #13. Ms. Panagos and Mr. Seale are hereby admitted to appear before this Court as co-counsel for the defendants in this action.

IT IS SO ORDERED this 28th day of November, 2011.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE