**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JASON PHILLIPS                                                                                              PLAINTIFF

v.                                        NO. 4:11CV00776 JLH

OIL PATCH WATER & SEWER SERVICES, LLC;
and OIL PATCH RENTAL SERVICES, INC.                                             DEFENDANTS

## ORDER

Jason Phillips has filed a motion to strike the affirmative defenses asserted by the defendants. In response, the defendants have withdrawn the affirmative defense of insufficient service. The motion to strike is granted without objection as to the defense of insufficient service. The motion is denied in all other respects. Document #22.

IT IS SO ORDERED this 3rd day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE