## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JASON PHILLIPS                                                           PLAINTIFF

v.                              NO. 4:11CV00776 JLH

OIL PATCH WATER & SEWER SERVICES, LLC;
and OIL PATCH RENTAL SERVICES, INC.                    DEFENDANTS

### ORDER

      The parties have informed the Court that they have reached a settlement in this case and expect to have it concluded in the next thirty (30) days. Therefore, the jury trial of this matter previously set for October 29, 2012, in Little Rock, Arkansas, is removed from the Court's docket. The parties are directed to submit the appropriate dismissal motion as indicated in the joint status report by November 15, 2012.

      IT IS SO ORDERED this 9th day of October, 2012.

*(signature: J. Leon Holmes)*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE