# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JASON PHILLIPS                                                                                      PLAINTIFF

v.                                          NO. 4:11CV00776 JLH

OIL PATCH WATER & SEWER SERVICES, LLC;
and OIL PATCH RENTAL SERVICES, INC.                                        DEFENDANTS

## ORDER

The agreed motion to dismiss is GRANTED. Document #47. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 9th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE